**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM AMES AND APRIL ANN AMES**<br><br>**v.**<br><br>**COLUMBIA PROPERTIES PHILADELPHIA, LLC, COLUMBIA SUSSEX CORPORATION, AND RENAISSANCE PHILADELPHIA** | **CIVIL ACTION**<br><br>**NO. 14-1253** |

## ORDER

And NOW, this 29th day of April 2015, for the reasons stated in the foregoing memorandum, upon consideration of the Motion of the Defendants, Renaissance Philadelphia, Columbia Properties Philadelphia, LLC, and Columbia Sussex Corporation for Summary Judgment (ECF 13), and all responses thereto, Defendants' Motion for Summary Judgment is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 14\14-1253 ames v. renaissance hotel\14cv1253.4.24.15.order.MSJ.docx